Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Sophia N. Dauria**
D 212.704.6185
sophia.dauria@troutman.com

Granted.

SO ORDERED:

11/04/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

November 3, 2026

**VIA ECF**
Hon. Mag. Robert W. Lehrburger
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:** ***Trustees of the Building Service 32BJ Health Fund, et al. v. Pureview Building Services LLC and Pureview LLC*, Case No. 1:26-cv-07779-JAV**
**Consent Request for Adjournment of Initial Pretrial Conference**

Your Honor:

This firm represents Defendants Pureview Building Services LLC and Pureview LLC (collectively, "Pureview") in the above-referenced action. In accordance with Your Honor's Individual Practice Rules, Pureview states the following:

1. The parties are currently scheduled to appear before Your Honor on November 12, 2026 at 9:30 a.m. for an initial pretrial conference;

2. By Order dated October 30, 2026, Your Honor granted Pureview's consent request to extend its time to respond to the Complaint through and including December 4, 2026 (ECF No. 11);

3. Pureview requests that the conference be adjourned to a date after December 4, 2026 that is convenient for the Court;

4. This is Pureview's first request for an adjournment of the initial pretrial conference; and

5. Plaintiffs consent to this request.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

Sophia N. Dauria

cc: All Counsel of Record (via ECF)